UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVIDIAN SIMPSON,

    Plaintiff,

Case No. 17-cv-14098
Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## JUDGMENT

For the reasons stated in the Opinion and Order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED IN PART AND DENIED IN PART, Defendant's Motion for Summary Judgment is DENIED, and this action is REMANDED for further administrative proceedings.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 19, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2019, by electronic means and/or ordinary mail.

              s/Holly A. Monda
              Case Manager
              (810) 341-9764